RONALDO A. COULTER
Idaho Employment Law Solutions
Attorney at Law
P.O. Box 1833
Eagle, Idaho 83616
Telephone: (208) 672-6112
Facsimile: (208) 672-6114
Idaho State Bar No.3850
ron@idahoels.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **LOLETTIMA JOHNSON,** | |
| **Plaintiff,** | **Case No. 1:18-cv-301-REB** |
| vs. | |
| **ST. LUKE'S REGIONAL MEDICAL CENTER, LTD,** | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **Defendant** | |

IT IS HEREBY STIPUATED AND AGREED, by and between the parties, through their counsel of record, that the Complaint filed in the above entitled action may be dismissed with prejudice, with each party to bear their own costs and attorney fees, on the grounds and for the reasons that the claims of the Plaintiff have been fully compromised and settled.

Dated this 24th day of January 2019.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**             **Page 1 of 2**

| | |
|---|---|
| IDAHO EMPLOYMENT LAW SOLUTIONS | IDAHO EMPLOYMENT LAWYERS, PLLC |
| _____/s/_____ | _____/s/_____ |
| R.A. (Ron) Coulter, ISB No. 3850 | Pamela S. Howland, ISB No 6177 |
| Attorney for Plaintiff Lolettima Johnson | Attorney for Defendant St. Luke's Regional Medical Center, LTD. |

_____